FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Retirement Capital Access Management Company LLC v. U.S. Bancorp

No. 15-1039

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (<u>appellant</u>) (respondent) (appellee) (amicus) (name of party) <u>APPELLANT</u> certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Retirement Capital Access Management Company LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not Applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

KLEMCHUK KUBASTA LLP, Casey L. Griffith, Austin S. Champion

October 24, 2014
Date

*Casey L. Griffith* (signature)
Signature of counsel
Casey L. Griffith
Printed name of counsel

Please Note: All questions must be answered
cc: <u>Anthony H. Son</u>

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, I electronically filed the foregoing with the Court's CM/ECF filing system and served counsel for the Appellee via email with the Court's CM/ECF filing system.

>*/s/ Casey L. Griffith*
>Casey L. Griffith
>Texas Bar No. 24036687
>casey.griffith@kk-llp.com
>KLEMCHUK KUBASTA LLP
>8150 North Central Expwy., 10th Floor
>Dallas, Texas 75206
>Telephone: (214) 367-6000
>Facsimile: (214) 367-6001