# UNITED STATES COURT OF APPEALS
# FORE THE FEDERAL CIRCUIT

RETIMENT CAPITAL ACCESS MGMT.  )
                                )
v.                              )    Appeal No. 2015-1039
                                )
U.S. BANCORP.                   )
_____ )

## DIRECTOR'S UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF

The Director of the United States Patent and Trademark Office, pursuant to Fed. Cir. R. 26, requests that the time for filing the Director's brief, now due on March 9, 2015, be extended fourteen days until March 23, 2015. This is the first enlargement of time requested by the Director.

Counsel for the Director requests this extension due to the heavy workload of the Solicitor's Office, as well as weather closures and medical procedures for the assigned counsel. Counsel for Appellant and Appellee do not oppose this motion.

This motion is accompanied by a proposed Order.

March 1, 2015                Respectfully submitted,

                             /s/ LORE A. UNT

                             NATHAN K. KELLEY
                             Solicitor

LORE A. UNT
STACEY J. MARGOLIES
Associate Solicitors

P.O. Box 15667
Arlington, Virginia 22215
(571) 272-6391

Attorneys for the Director of the
United States Patent and Trademark Office

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| RETIREMENT CAPITAL ACCESS MGMT. ) <br> ) <br> v.                                                    ) <br> ) <br> U.S. BANCORP.                                   ) <br> _____ ) | Appeal No. 2015-1039 |

## ORDER

Upon consideration of the Director's Unopposed Motion to Enlarge the Time for Filing the Director's Brief, it is

ORDERED that the Director's motion is granted and that the Director's brief is due March 23, 2015.

FOR THE COURT

*Date:* _____                    _____

cc:   Nathan Kelley
      Deputy Solicitor
      P.O. Box 15667
      Arlington, VA 22215
      (571) 272-9035

      Casey Griffith
      Griffith | Bates | Champion | Harper LLP
      5910 N Central Expressway, Suite 1050
      Dallas, Texas 75206
      (214) 238-8410

Anthony Son
Andrews Kurth LLP
1350 I Street, NW, Suite 1100
Washington, DC 20005
(202) 662-3034

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2015, I electronically filed the foregoing DIRECTOR'S UNOPPOSED MOTION TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF and proposed ORDER using the Court's CM/ECF filing system.  Counsel for the Appellant and Appellee were electronically served via e-mail per Fed. R. App. P. 25 and Fed. Cir. R. 25(c) through the Court's CM/ECF filing system.

/s/ LORE A. UNT

LORE A. UNT
Associate Solicitor
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
(571) 272-6391