NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Appellant*

v.

**U.S. BANCORP,**
*Appellee*

---

15-1039
(Serial no. CBM2013-00014 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the intervenor's, Michelle K. Lee, unopposed motion to extend time to file an intervenor's brief until March 23, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                    FOR THE COURT

March 2, 2015          /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court