NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,**
*Appellant,*

v.

**U.S. BANCORP,**
*Appellee.*

2015-1039

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00014.

**ON MOTION**

**O R D E R**

U.S. Bancorp moves without opposition for a 14-day extension of time, until March 23, 2015, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                    FOR THE COURT

                    /s/ Daniel E. O'Toole
                    Daniel E. O'Toole
                    Clerk of Court

s27